# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KIMBERLY NGUYEN,

    Plaintiff,

v.                              Case No: 8:20-cv-195-CEH-AAS

RAYMOND JAMES & ASSOCIATES, INC.,

    Defendant.

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 241). In accord with the Joint Stipulation of Dismissal With Prejudice, it is

**ORDERED**:

1) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties